IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CARLOS ANTONIO WILLIAMS,          )
                                  )
                   Petitioner,    )
                                  )
        v.                        )     1:05CV446
                                  )     1:02CR155-1
UNITED STATES OF AMERICA,         )
                                  )
                   Respondent.    )

## JUDGMENT

On October 21, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a _de novo_ review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that petitioner's Judgment entered on June 3, 2003 (docket no. 68 [criminal case] be corrected to reflect the "nature of offense" for the 18 U.S.C. § 924(c) offense as "Carried and used firearm during carjacking."

**IT IS FURTHER ORDERED AND ADJUDGED** that petitioner's motion to vacate, set aside or correct sentence (docket no. 1) is denied, that this action is dismissed, and that finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is denied.

_____
United States District Judge

November 22, 2005